JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

JOHN NEAP HIEM,                    ) Case No.: 5:25-cv-02780-KES
                                   )
            Plaintiff,             )
                                   )     ORDER OF DISMISSAL
       vs.                         )
                                   )
FRANK BISIGNANO,                   )
Commissioner of Social Security,   )
                                   )
            Defendant.             )
                                   )

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:   February 26, 2026

THE HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

-1-